# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHELLE GONZALEZ** and **JASON GONZALEZ,** her husband, | : : : | No. 3:09cv2271 (Judge Munley) |
| Plaintiffs | : : | |
| v. | : : | |
| **THOMAS BUILT BUSES, INC.,** Defendant | : : : | |

## ORDER

**AND NOW**, to wit, this 28th day of February 2014, it is hereby ordered as follows:

1) Defendant's motion in limine to preclude the testimony of Harold Schwartz (Doc. 82) is **GRANTED** with respect to testimony regarding the placement of the electrical fuse panel on the bus and corrosion. It is **DENIED** in all other respects;

2) Defendant's remaining motion in limine (Doc. 84) is **GRANTED** in part and **DENIED** in part as follows:

A) The motion to preclude evidence of other incident s and/or modifications to other buses is **DENIED**;

B) The motion to preclude evidence of unspecific or undifferentiated

medical expenses or missed days from work is **DENIED** as premature. Defendant will be allowed to object at the time of trial to such evidence;

C) The motion to preclude plaintiff's affirmative damages evidence is **GRANTED** as unopposed; and

D) The motion to preclude evidence of the workers' compensation lien is **GRANTED** as unopposed.

**BY THE COURT:**

**s/ James M. Munley**
**Judge James M. Munley**
**UNITED STATES DISTRICT COURT**